








```
KAT    5/16/01    14:05
3:01-M -01265   USA V. WOLF
*1*
*CRCMP.*
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'01 MG 1265

Magistrate's Docket No. _____
Case No. _____
DEPUTY

_____ERIC WOLF_____, now presented before
(Name of accused)

the Honorable Anthony J. Battaglia, United States Magistrate Judge, for

arraignment and fixing of bail, has been charged before a United States Magistrate Judge

in the District Court, District of Columbia that on

or about May 9, 2001, at Washington, D.C. in
(Date of Offense)

violation of United States Code, Title 21, Section 846, the accused

did conspire to distribute and possess with intent to distribute
(Brief Statement of Offense Charged)
cannabis. The warrant was issued at the request of the government

based on an ex-parte request.

and a warrant for his/her arrest was issued the same day by the aforesaid magistrate.
Bond in the sum of NO BAIL has been recommended by the United
States Attorney of the district in which charges are pending.

Dated: May 16, 2001

*Mark Drew* (signature)
Name of Affiant
Mark Drew
Deputy United States Marshal
Title

Lodged with me this __16th__ day of May, 2001, in lieu of
certified copy of complaint against the accused.

United States magistrate Judge

# WARRANT FOR ARREST

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Eric Wolf<br><br>DOB: 1/18/68   PDID# | DOCKET NO: 99-179-1 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>5403 Soledad Mountain Road<br>LaJolla, CA 92037<br><br>Reg # 75569-019 | |

| WARRANT ISSUED ON THE BASIS OF: Order of Court | DISTRICT OF ARREST |
|---|---|
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSP. TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE CANNABIS

IN VIOLATION OF    UNITED STATES CODE TITLE & SECTION: 21 USC 846

| BAIL FIXED BY COURT:<br>HWOB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>Gladys Kessler | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED:<br>May 9, 2001 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>*Phyllis O Brown* | DATE:<br>May 9, 2001 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

39 4432