















```
KAJ    5/17/01    10:51
3:01-M -01265   USA V. WOLF
*2*
*CRFTAPMO.*
```

USA v. Wolf                                          3:01-m -01265

Magistrate Judge Battaglia

Eric Wolf [1]    attorney  Federal Defenders   - pda

DOA: 5/16/01 [1]

    Enter Order by Magistrate Judge Anthony J. Battaglia; first appearance of Eric Wolf on cmp, Attorney Federal Defenders appointed, Sealed Indictment from Dist of Columbia unsealed for purposes of Dfts viewing only; Dft Eric Wolf informed of charges,  USA oral motion for detention due to risk of flight as to defendant Eric Wolf, ID/removal hearing set for 9:00 5/31/01 for Eric Wolf; detention hearing set for 3:00 5/21/01 for Eric Wolf; Court Reporter: AJB01-1:2468-3040

date: 5/16/01                              _(AJ)_____
                                            by KJ
END OF FORM