















```
YMM    5/22/01    11:37
3:01-M -01265   USA V. WOLF
*3*
*CRMO.*
```

USA v. Wolf                                  3:01-m -01265

Magistrate Judge Battaglia

Eric Wolf [1]    attorney   Federal Defenders  - pda

> Minutes: Enter Order by Magistrate Judge Anthony J. Battaglia; Specially appearing fd attorney Katy Kimball , for fd Sean Khojoyan; detention hearing continued to 8:30 5/24/01 for Eric Wolf Court Reporter: AJB01-1:407-853

date: 5/21/01

END OF FORM

3.