















KAJ    6/1/01    14:17

3:01-M -01265   USA V. WOLF

*10*

*CROCONDREL.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,    Plaintiff, | ) | CRIMINAL CASE NO. _01MG1265_ |
| v. | ) | |
| _Wolf_                       Defendant. | ) | **ORDER AND CONDITIONS OF PRETRIAL** |
| | ) | **RELEASE: BAIL (18 U.S.C. § 3142(c).)** |

A hearing was held to determine the pretrial conditions of release of the defendant pursuant to 18 U.S.C. § 3142. All matters considered, the Magistrate Judge determined that an unconditional release pursuant to 18 U.S.C.§ 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community and that conditions of pretrial release are reasonable and necessary pursuant to 18 U.S.C.§ 3142(c). Good cause appearing,

**IT IS ORDERED** that the defendant shall be released subject to the condition that he/she not commit a federal, state or local crime during the period of release, make all court appearances and comply with the conditions itemized below, as indicated by (✓), in accordance with 18 U.S.C.§ 3142(c)(2):

✓ 1. restrict travel to ❑ San Diego County, ☑ Southern District of California, ❑ Central District of California, ❑ State of California, ❑ United States, ❑ do not enter Mexico, ❑ discretion of the Pretrial Services Officer (PSO) or ❑ other:___DISTRICT NEVADA, WASHINGTON D.C.;

✓ 2. report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO;

___ 3. submit to treatment, and/or testing, as specified by the PSO for:
❑ drugs or alcohol, and/or ❑ psychiatric or psychological counseling;

✓ 4. not possess or use any narcotic drug or other controlled substance, as defined in 21 U.S.C. § 802, without a lawful medical prescription;

✓ 5. not possess any firearm, dangerous weapon or destructive device;

✓ 6. read or have read to you and acknowledge understanding of the Advice of Penalties and Sanctions Form;

___ 7. ❑ participate in an electronic monitoring program as directed by the PSO and/or
❑ submit to supervision and custody of _____ designated as custodian; and/or
❑ remain at a specified residence (curfew) between the hours of ____ P.M. and ____ A.M. daily;

___ 8. not have contact with anyone involved in this case except through his/her attorney, or with the following persons: _____;

___ 9. ❑ be able to legally remain in the United States during pendency of the proceedings and/or
❑ surrender passport and/or all travel documents to the Court;

___ 10. actively seek and maintain full-time employment, schooling, or combination of both;

✓ 11. execute a personal appearance bond in the amount of $ _15,000_ secured by:
❑ a cash deposit with the court of $_____,
❑ a trust deed to the United States on real estate approved by the Magistrate Judge,
❑ co-signed by _____ financially responsible (related) adults,
☑ other security: ___own signature_____

___ 12. provide the court with: ❑ a cash bond and/or ❑ execute a bail bond by an approved solvent corporate surety in the amount of $ _____

___ 13. ❑ Nebbia hearing, and/or ❑ Examination of Sureties required prior to release from custody;

✓ 14. ☑ provide a copy of all bond papers, including a current residence address and telephone number, to the court clerk **prior** to release;

___ 15. other conditions: _____

_____

_____

DATED: _5/31/01_                          _____
                                          United States Magistrate Judge

cc:   Defendant/Counsel & Pretrial Services Agency

K:\COMMON\FORMS\CRIM-49.WPD
Form Crim-49 (Rev. 10/97)

*U.S. GPO: 2001-681-917/60076

10